UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TOMMY WEEKS                                                                                           PLAINTIFF

V.                                      No. 4:21-CV-00853-JM-JTR

CLAYTON EDWARDS, Captain,
White County Jail, *et al.*                                                                       DEFENDANTS

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommended Disposition and the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff's Complaint is hereby dismissed, without prejudice, for failure to state a claim upon which relief can be granted. The dismissal will count as a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 27th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE