UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TOMMY WEEKS                                                                                          PLAINTIFF

V.                                      No. 4:21-CV-00853-JM-JTR

CLAYTON EDWARDS, Captain,
White County Jail, *et al.*                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice and the case is closed.

IT IS SO ORDERED this 27th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE